NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
CORBAN J. PORTER (SBN 270115)
cporter@maynardcooper.com
MAYNARD COOPER & GALE, LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 2600
San Francisco, California 94111
Telephone:   (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendant GENERAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD, an individual,<br><br>                          Plaintiff,<br><br>     v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA (A SAFECO Company), a New Hampshire corporation; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1-100;<br><br>                          Defendants. | Case No. 3:20-cv-06382-DMR<br><br>**DEFENDANT GENERAL INSURANCE COMPANY OF AMERICA'S DEMAND FOR JURY TRIAL** |

Defendant General Insurance Company of America hereby demands a trial by jury on all issues in this action in accordance with the Federal Rules of Civil Procedure.

Dated:  September 11, 2020                                             MAYNARD COOPER & GALE LLP


                                                                       /s/ Corban J. Porter
                                                              By:      NICHOLAS J. BOOS
                                                                       CORBAN J. PORTER

                                                                       Attorneys for Defendant GENERAL
                                                                       INSURANCE COMPANY OF AMERICA

{05564184.1}

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
COUNTY OF SAN FRANCISCO  )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, 600 Montgomery Street, Suite 2600, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**DEFENDANT GENERAL INSURANCE COMPANY OF AMERICA'S DEMAND FOR JURY TRIAL**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

Janine C. Ogando (SBN 165625)
OGANDO LAW OFFICES
47 Muth Drive
Orinda, California 94563
Tel: (925) 858-9401

*Attorneys for Plaintiff, Athena Stanford*

**[X]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from email address bday@maynardcooper.com to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2020, in San Francisco, California.

_____
Brian Day