UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.  20-cv-06382-VC<br><br>**ORDER TO FILE EXHIBITS IN ACCORDANCE WITH STANDING ORDER**<br><br>Re: Dkt. No. 19-1 |

The filing at Docket Number 19-1 does not comply with Judge Chhabria's Standing Order for Civil Cases. *See* Standing Order ¶ 24. Each exhibit should be filed as a separate PDF. The plaintiff shall refile this document with separate exhibits by 3 p.m. on Thursday, October 29. The plaintiff (1) shall use the filing event "Other Documents" → "Amended Document (NOT Motion)," (2) shall link the document to the noncompliant filing, and (3) shall rename the filing appropriately. This order has no impact on the previously filed briefs.

**IT IS SO ORDERED.**

Dated: October 25, 2020

VINCE CHHABRIA
United States District Judge