UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 20-cv-06382-VC<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>Re: Dkt. Nos. 13, 14 |

    Stanford's motion to remand is denied. General Insurance had thirty days from August 11, the day on which it was served with the state court summons and complaint, to file a notice of removal. *See* 28 U.S.C. § 1446(b)(1). It filed its notice on September 10, exactly 30 days after service. Stanford's reading of the statute—under which August 11 counts as "day 1," August 12 as "day 2," and so on, such that the notice had to be filed by September 9—is foreclosed by the federal rules. *See* Fed. R. Civ. P. 6(a)(1). It's also nonsensical. It's like saying that the election is in two days rather than one.

    General Insurance did not move for costs and fees associated with opposing this motion; such a request would have no doubt been granted given the frivolous nature of the motion to remand. Stanford's counsel is on notice that any similarly frivolous arguments or inappropriate litigation conduct going forward could result in sanctions.

    **IT IS SO ORDERED.**

Dated: November 2, 2020

_____
VINCE CHHABRIA
United States District Judge