JANINE OGANDO (CA Bar No. 165625)
ogandolaw@gmail.com
Ogando Law Offices
47 Muth Drive
Orinda, CA  94563
Telephone:     (925) 858-9401

Attorneys for Plaintiff
ATHENA STANFORD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATHENA STANFORD, an individual, | Case No. 3:20-cv-06382-VC |
| Plaintiff, | |
| v. | **STIPULATION AND [**~~PROPOSED~~**] ORDER FOR A NEW HEARING DATE AND RELATED DUE DATES** |
| GENERAL INSURANCE COMPANY OF AMERICA, INC. (A SAFECO Company), a New Hampshire corporation; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation and Does 1-100; | |
| Defendants. | |

1  The Parties stipulate and respectfully request that the Court vacate the hearing on December 17,
2  2020 and continue it to January 7, 2021 as well as related dates for opposition papers and reply papers
3  which will now be due on December 15, 2020 and December 29, 2020 respectively.

4

5  Dated:  November 24, 2020                    Respectfully Submitted,
                                                Maynard Cooper & Gale, LLP
6

7
                                                By:   /s/ Corban J. Porter
8                                                     Nicholas J. Boos
                                                      Corban J. Porter
9                                                     Attorneys for Defendant
                                                      GENERAL INSURANCE COMPANY
10                                                    OF AMERICA

11

12  Dated:  November 24, 2020                   Respectfully Submitted,
                                                OGANDO LAW OFFICES
13

14
                                                By:   /s/ Janine Ogando
15                                                    Janine Ogando
                                                      Attorneys for Plaintiff Athena Stanford.
16

17

18  IT IS SO ORDERED.

19

20  Dated:  November 25, 2020
                                                _____
21                                              Hon. Vince
                                                United States              Northern District

[APPROVED — Judge Vince Chhabria — United States District Court, Northern District of California seal]

{05685196.1}                                    1
STIPULATION AND [PROPOSED] ORDER FOR A NEW HEARING DATE AND RELATED DUE DATES
                    CASE NO. 5:20-CV-00382-VKD (NC)

ECF ATTESTATION

Pursuant to N.D. Cal. Civ. R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: November 24, 2020

Respectfully Submitted,
OGANDO LAW OFFICES

By: */s/ Janine C. Ogando*
Janine C. Ogando
Attorneys for Plaintiff ATHENA STANFORD