UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 20-cv-06382-VC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Counsel for the plaintiff, Janine Ogando, is ordered to show cause why she should not be sanctioned for failing to comply with the Court's order dated October 25, 2020 at Dkt. No. 24. This failure, combined with the frivolous argument made in support of remand, suggests that counsel may be acting recklessly or in bad faith. A written response to the order to show cause is due seven days from this order. A hearing on the order to show cause will take place January 7 at 10:00 a.m. alongside the hearing on the motion to dismiss.

　　　　**IT IS SO ORDERED.**

Dated: November 25, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge