UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>        Plaintiff,<br><br>        v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No.  20-cv-06382-VC<br><br>**ORDER RE ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED**<br><br>Re: Dkt. No. 32 |

The order to show cause why plaintiff's counsel Janine Ogando should not be sanctioned for making a frivolous argument and failing to comply with a Court order is lifted. But this is counsel's final warning, and additional presentation of frivolous arguments or failure to follow court orders could result in sanctions.

**IT IS SO ORDERED.**

Dated: January 7, 2021

_____
VINCE CHHABRIA
United States District Judge