UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 20-cv-06382-VC<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER** |

Per the Court's standing order, when filing a proposed protective order, parties are required to indicate whether they have based their proposed order on one of the Northern District's model protective orders and, if so, identify any deviations from the model order with a redline comparison. *See* Standing Order for Civil Cases ¶ 23. The parties are directed to re-file their stipulation for a protective order in accordance with these requirements by Tuesday, January 19.

    **IT IS SO ORDERED.**

Dated: January 14, 2021

                                                 VINCE CHHABRIA
                                               United States District Judge