UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>        Defendants. | Case No. 20-cv-06382-VC<br><br>**ORDER TO REFILE EXHIBITS TO SECOND AMENDED COMPLAINT IN ACCORDANCE WITH STANDING ORDER**<br><br>Re: Dkt. Nos. 51-1 |

The filing at Docket Number 51-1 does not comply with Judge Chhabria's Standing Order for Civil Cases. See Standing Order ¶ 24. Each exhibit should be filed as a separate PDF. The plaintiff shall refile this document with separate exhibits by 3 p.m. on Thursday, March 11. The plaintiff (1) shall use the filing event "Other Documents" → "Amended Document (NOT Motion)," (2) shall link the document to the noncompliant filing, and (3) shall rename the filing appropriately. This order has no impact on the previously filed briefs.

    **IT IS SO ORDERED.**

Dated: March 5, 2021

VINCE CHHABRIA
United States District Judge