UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>        Defendants. | Case No. 20-cv-06382-VC<br><br>**ORDER TO SHOW CAUSE AS TO PLAINTIFF'S COUNSEL** |

Counsel for the plaintiff is ordered to show cause why she should not be sanctioned under the Court's inherent authority for her repeated failure to comply with Court orders, including the orders at Dkt. Nos. 24, 45, and 56. Counsel's response is due by tomorrow, March 17.

**IT IS SO ORDERED.**

Dated: March 16, 2021

VINCE CHHABRIA
United States District Judge