UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-06382-VC<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 53 |

　　　Although it's a close question, the motion to dismiss the claim for intentional infliction of emotional distress is granted. Considering the declaration submitted by the plaintiff's counsel asserting that she can include further allegations supporting this claim, dismissal is with leave to amend. Any amended complaint should be filed within 14 days of this order. General Insurance has 14 days to respond to the amended complaint.

　　　**IT IS SO ORDERED.**

Dated: March 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge