NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
CORBAN J. PORTER (SBN 270115)
cporter@maynardcooper.com
MAYNARD COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, California 94111
Telephone:     (415) 646-4700
Facsimile:     (205) 254-1999

Attorneys for Defendant GENERAL INSURANCE COMPANY OF AMERICA

JANINE OGANDO (SBN 165625)
ogandolaw@gmail.com
Ogando Law Offices
47 Muth Drive
Orinda, CA 94563
Telephone: (925) 858-9401

Attorneys for Plaintiff ATHENA STANFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA STANFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, INC. (A SAFECO Company), a New Hampshire corporation; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation and Does 1-100;<br><br>    Defendants. | Case No. 20-cv-06382-VC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR A CONTINUATION FOR FILING AMENDED COMPLAINT |

Following the early neutral evaluation before Stanford Kingsley on March 25, 2021, Plaintiff Athena Stanford and Defendant General Insurance Company of America (collectively, the "Parties") reached an agreement to further meditate the matter in the hopes of settlement.  The parties are in the process of scheduling the mediation, and believe it will be completed by April 15, 2021.  In light of those settlement discussions, the Parties stipulate and respectfully request an

1  extension of the March 30, 2021 deadline for Plaintiff to file a third amended complaint (Dkt. 59)
2  in order to allow the Parties time to prepare for mediation, avoid potentially unnecessary motion
3  practice, and increase the possibility of a successful mediation.  The Parties stipulate and
4  respectfully request that the Court move the deadline for Plaintiff to file a third amended complaint
5  from March 30, 2021 to April 19, 2021, at which time the Parties believe they will have completed
6  mediation.

7      Accordingly, it is hereby stipulated by Plaintiff Athena Stanford and Defendant General
8  Insurance Company of America, and respectfully requested of the Court, that the deadline for
9  Plaintiff to file a third amended complaint be moved from March 30, 2021 to April 19, 2021.

10      IT IS SO STIPULATED.

12  Dated:  March 26, 2021

    Respectfully Submitted,
    MAYNARD, COOPER & GALE LLP

    By:    /s/ *Nicholas J. Boos*
           Nicholas J. Boos

           Attorneys for Defendant
           General Insurance Company of America

17  Dated:  March 26, 2021

    Respectfully Submitted,
    OGANDO LAW OFFICES

    By:    /s/ *Janine C. Ogando*
           Janine Ogando

           Attorneys for Plaintiff
           Athena Stanford

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated:  March 30, 2021  _____

    HON. VINCE CHHABRIA
    UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Vince Chhabria*

ECF ATTESTATION

Pursuant to N.D. Cal. Civ. R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: March 26, 2021

Respectfully Submitted,
MAYNARD, COOPER & GALE LLP

By: /s/ *Nicholas J. Boos*
Nicholas J. Boos
Attorneys for Defendant
General Insurance Company of America